AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

555289

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 01-00099 HG -10 |
| CHICO MARTINES | |
| (Name and Address of Defendant) | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST CHICO MARTINES and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Violations of Conditions of Supervised Release

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 4 2008

at 3 o'clock and 15 min. ___ M
SUE BEITIA, CLERK

2007 JAN 16 AM 7:36 RECEIVED U.S. MARSHALS SERVICE HONOLULU, HI.

in violation of Title  United States Code, Section(s) .

_____Sue Beitia_____
Name and Title of Issuing Officer

_____(signature)_____
Signature of Issuing Officer/Deputy Clerk

_____Clerk U.S. District Court_____
Title of Issuing Officer

January 12, 2007 at Honolulu, Hawaii
Date and Location

Bail Fixed at   NO BAIL

By: Helen Gillmor, Chief United States District Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _Honolulu, HI_

| Date Received 7/16/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 1/4/08 | Arthur Oh / DUSM | (signature) |