# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 01-00099HG |
| CASE NAME: | UNITED STATES OF AMERICA v. (10) CHICO MARTINES |
| ATTYS FOR PLA: | Thomas C. Muehleck, AUSA |
| ATTYS FOR DEFT: | (10) Richard Kawana |
| U.S.P.O.: | Sydney L. Fleming |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | January 10, 2008 | TIME: | 10:40am-10:59am |

COURT ACTION: ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (10) CHICO MARTINES -

Defendant is present in custody.

The defendant admitted to Violations No-1, 2, 3,4,5,6 and 7 as stated in the Request for Course of Action filed on 1/12/2007.

The Court finds that this is a Grade C violation.

Allocution by the defendant.

Supervised Release is revoked.

Sentence as to Counts I & II

Imprisonment-24 Months as to each Count, all such terms to run concurrently.

Mittimus Forthwith.

Defendant advised of his right to appeal.

Defendant remanded to the Custody of the U.S. Marshal's

Submitted by Leslie L. Sai, Courtroom Manager