AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 9 2008

at 12 o'clock and 40 min P M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**CHICO MARTINES**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 1:01CR00099-010
USM Number: 88065-022

Richard Kawana, Esq.
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s)  General Condition, Standard Conditons' No.'s 3, 6, 7 and 9 and Special Condition No. 3  of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: **8053**

Defendant's Residence Address:
**Waianae, HI**

Defendant's Mailing Address:
**Waianae, HI**

January 10, 2008
Date of Imposition of Sentence

[signature]
Signature of Judicial Officer

**HELEN GILLMOR**, Chief United States District Judge
Name & Title of Judicial Officer

1-25-08
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet 1

CASE NUMBER:       1:01CR00099-010                                                Judgment - Page 2 of 3
DEFENDANT:         CHICO MARTINES

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | As a part of drug testing, the offender tested positive for an illegal controlled substance, to wit, marijuana, more than three (3) times over the course of one (1) year | 6/6/06, 11/27/06, 12/4/06 and 12/14/06 |
| 2 | Offender refused to comply with drug testing | 12/12/06, 12/18/06, 12/21/06 and 1/3/07 |
| 3 | Offender's admissions that he used marijuana | 12/21/06 and 12/30/06 |
| 4 | Offender failed to answer truthfully all inquiries by the Probation Officer | 6/6/06, 6/7/06 and 12/4/06 |
| 5 | Offender associated with a person convicted of a felony without the permission of the Probation Officer | |
| 6 | Offender failed to follow the instructions of the Probation Officer | 5/15/06, 11/21/06, 12/7/06 and 1/5/07 |
| 7 | Offender failed to nofity the Probation Officer at least ten days prior to any change in residence | |

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:01CR00099-010 | Judgment - Page 3 of 3 |
| DEFENDANT: | CHICO MARTINES | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 MONTHS

This term consists of TWENTY FOUR (24) MONTHS as to each of Counts 1 and 11 of the First Superseding Indictment, all such terms to be served concurrently.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ____ on ____.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ____.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal