AO 245B (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 18 2008

at __ o'clock and 20 min. a.m M.
SUE BEITIA, CLERK

CASE NUMBER:   1:01CR00099-010 HG
DEFENDANT:   CHICO MARTINES

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 MONTHS

This term consists of TWENTY FOUR (24) MONTHS as to each of Counts 1 and 11 of the First Superseding Indictment, all such terms to be served concurrently.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 18 2008

at __ o'clock and ___ __ M
SUE BEITIA, CLERK

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on __02-07-08__ to __FDC Honolulu__
at __Honolulu, HI__, with a certified copy of this judgment.

Linda T McGrew
~~WARDEN~~ ~~UNITED STATES MARSHAL~~

By   W. Tsai
     LIE   ~~Deputy U.S. Marshal~~